[No. 62269-2-I.   Division One.   September 21, 2009.]

SNOHOMISH COUNTY PUBLIC TRANSPORTATION BENEFIT AREA
CORPORATION, *Appellant*, v. FIRSTGROUP AMERICA, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 07-2-02976-0, Kenneth L. Cowsert, J.,
entered August 15, 2008. *Affirmed* by unpublished opinion
per Lau, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 62280-3-I.   Division One.   September 21, 2009.]

*In the Matter of the Trustee's Sale of the Real Property of*
ENOS K. LYONS III ET AL.

ENOS K. LYONS III ET AL., *Appellants*, v. NOTE TRACKERS OF
WASHINGTON, LLC, *as Authorized Agent, Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 07-2-37563-5, Laura Gene Middaugh, J., en-
tered July 18, 2008. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Agid and Appelwick, JJ.

[No. 62416-4-I.   Division One.   September 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCIANO PICON
PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 07-1-07587-5, Julie A. Spector, J., entered
September 2, 2008. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Dwyer, A.C.J., and Cox, J.

[No. 62424-5-I.   Division One.   September 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PHENG
KEOPRASEURT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 08-1-01335-5, Palmer Robinson, J., entered
September 3, 2008. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Dwyer, A.C.J., and Cox, J.